# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDSEY ROTHROCK, individually, and as Next Friend of G.R. and J.R., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 19-03426-CV-S-DPR |
| US SHIPPING LLC, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendant US Shipping LLC's Notice of Removal, attachments, and Corporate Disclosure Statement. (Docs. 1 and 2.) Both of these filings include the full names of individuals known to be minors. For privacy protection, filings with the court may include only the initials of minors. FED. R. CIV. P. 5.2(a)(3). Accordingly, the Clerk of the Court has sealed these filings. Furthermore, pursuant to Rule 5.2(d), Defendant US Shipping LLC is directed to file redacted versions of these filings for the public record within 14 days.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: December 16, 2019