# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| LINDSEY ROTHROCK, *individually* and as Next Friend of minors G.R. and J.R. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 19-3426-CV-S-DPR<br>) |
| US SHIPPING LLC *et. al.*, | )<br>) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff Lindsey Rothrock's unopposed motion for dismissal of the above action pursuant to Fed. R. Civ. P. (41)(a)(2). (Doc. 8.) Because the only served Defendant does not object, the Court finds the terms of the dismissal proper. Accordingly, pursuant to Fed. R. Civ. P. 41(a), it is **ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE:  January 24, 2020